**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

TABITHA SURRIDGE,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

CASE NO. 4:26-CV-68-HAB-ALT

**OPINION AND ORDER**

Plaintiff Tabitha Surridge, by counsel, seeks leave to proceed in forma pauperis. It appears the plaintiff cannot afford to pre-pay the filing fee. For these reasons, the Court:

(1) GRANTS the plaintiff's motion seeking leave to proceed in forma pauperis (ECF 3);

(2) WAIVES payment of the filing fee; and

(3) DIRECTS the clerk to docket a Notice of Commencement of Social Security Appeal Action.

**SO ORDERED** on September 8, 2026.

s/ *Holly A. Brady*
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT